# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff*,

v.

Silver Point Capital, L.P.,

*Defendant*.

3:24-cv-02018-SVN

## JOINT MOTION FOR ENTRY OF STAY

Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Silver Point Capital, L.P. ("Defendant") respectfully request that the Court enter a stay of this action for six weeks up to and including April 17, 2025. As grounds for this motion, the parties state as follows:

The Commission filed its complaint on December 20, 2024. Defendant filed its answer to the complaint on February 18, 2025.

The parties have reached an agreement in principle, subject to the vote of the Commission, to dismiss this action with prejudice, on the condition that Defendant agrees to waivers and releases, including any rights under the Equal Access to Justice Act or the Small Business Regulatory Enforcement Fairness Act of 1996 and any claims against the Commission and its officers or employees.

The parties anticipate that on or before April 17, 2025, they will make a filing to dismiss this action or will submit a joint status report.

WHEREFORE, the parties respectfully request that the Court enter an Order staying this action until April 17, 2025.

Respectfully submitted,

_/s/ Michael C. Moran_                                                    Dated: March 6, 2025
Michael C. Moran, phv08741
Susan R. Cooke
SECURITIES AND EXCHANGE
COMMISSION
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8900
moranmi@sec.gov
cookes@sec.gov

*Counsel for Plaintiff*

_/s/ Andrew J. Ceresney_                                                  Dated: March 6, 2025

Andrew J. Ceresney, phv208483
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY  10001
(212) 909-6000
aceresney@debevoise.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing document using CM/ECF and, accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case

_/s/ Michael C. Moran_
Michael C. Moran