UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>Silver Point Capital, L.P.,<br><br>*Defendant*. | 3:24-cv-02018-SVN |

## JOINT STIPULATION TO DISMISS, AND RELEASES

Plaintiff Securities and Exchange Commission (the "Commission" or the "SEC") and Defendant Silver Point Capital, L.P. ("Silver Point" or "Defendant") respectfully submit this joint stipulation.

**WHEREAS,** the Commission filed its complaint in this civil enforcement action (the "Litigation") on December 20, 2024.

**WHEREAS**, on February 18, 2025, Defendant filed its answer to the complaint.

**WHEREAS,** the Commission now seeks to dismiss this case in the exercise of its discretion.

**WHEREAS,** the Commission's decision to seek dismissal of this Litigation does not necessarily reflect the Commission's position on any other case.

**WHEREAS,** by this stipulation, the Commission and Defendant agree to have this Litigation dismissed.

**NOW, THEREFORE,**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Commission and Defendant stipulate that this Litigation be dismissed with prejudice as to the conduct alleged in the Complaint through the date of the filing of this Stipulation, and without costs or fees to either party.

2. Defendant, for itself and any of its agents, attorneys, employees, or representatives, hereby waives and releases:

    a. Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendant that in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

    b. Any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the Commission and its present and former officers or employees that arise from or in any way relate to the Litigation, including, but not limited to, investigative steps taken prior to commencing the Litigation.

3. Each of the undersigned represents that they have the authority to execute this stipulation on behalf of the party so indicated.

STIPULATED AND AGREED:

_____          Dated: _____ March 30 , 2025
Samuel J. Waldon
Acting Director, Division of
Enforcement
Antonia M. Apps
Acting Deputy Director, Division of
Enforcement
SECURITIES AND EXCHANGE
COMMISSION
100 F Street, NE
Washington, DC 20549

3

_____
Susan R. Cooke
Michael C. Moran
SECURITIES AND EXCHANGE
COMMISSION
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8900
CookeS@sec.gov
MoranMi@sec.gov

*Counsel for Plaintiff*

Dated: _____March 31___, 2025

_____
Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
aceresney@debevoise.com

*Counsel for Defendant*

Dated:  March 6, 2025